# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.1.1.2
### Eastern Division

Devajit Mukherjee

                        Plaintiff,

v.                                            Case No.: 1:17−cv−03420

                                                          Honorable Rebecca R. Pallmeyer

POWERREVIEWS, INC., et al.

                        Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Monday, September 11, 2017:

      MINUTE entry before the Honorable Rebecca R. Pallmeyer: Motion hearing held on 9/11/2017. Plaintiff's motion for leave to correct the record, file a second amended complaint, and file an amended response to Defendants' 12(b)(6) motion to dismiss [26] is stricken without prejudice. Defendants' motion to dismiss Plaintiff's first amended complaint [20] is granted: As Chief Operating Officer, Plaintiff was paid a substantial salary and is exempt from coverage under the Fair Labor Standards Act. The fact that Defendant allegedly mischaracterized him as an independent contractor, or delayed payment of money to which he was entitled, does not render Plaintiff non−exempt. As the FLSA claim was the only basis for federal jurisdiction, this case is dismissed without prejudice to Plaintiff's state law claims. Ruling set for 9/21/2017 is stricken. Civil case terminated. Mailed notice. (etv, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.